IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 30 A II: 41
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

ALVIA L. LACY         :
                      :
        v.            :   CIVIL ACTION NO. JFM-97-2031
                      :
AMTRAK                :

..oOo..

### O R D E R

On May 18, 1998, I granted Amtrak's motion for summary judgment.[1] (*See* Paper Nos. 25 & 26.) On June 4, 1998, Amtrak filed a timely Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking $1,617.00 in costs associated with Towson Reporting Company's fees for the transcribing of plaintiff's February 27, 1998 deposition and $62.80 in fees related to the photocopying of exhibit pages which accompanied its summary judgment motion. (*See* Paper No. 27.) Plaintiff has not objected to said taxation request, and each item within the request is permitted under law. Therefore, the undersigned will tax the expenses set out herein as unopposed. *See* Local Rule 109.1.c. (D.Md.).

---

[1] This decision was upheld by the Fourth Circuit on February 28, 2000 and the mandate was issued on March 21, 2000. The record was returned to this Court on August 4, 2000.

Accordingly, costs are hereby awarded in favor of the defendant and against plaintiff in the amount of $1,679.80. The Clerk of Court shall docket and mail copies of this Order to counsel.

Dated this ___30th___ day of ___August___, 2000.

                                                                         _____
                                                                         J. Frederick Motz
                                                                         United States District Judge